United States District Court
For the Northern District of California

1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5
United States Small Business Administration,       No. CV10-04425 JSW
6
              Plaintiff,
7                                                  **ORDER SCHEDULING TRIAL AND**
      v.                                           **PRETRIAL MATTERS**
8
Rocket Ventures II, L.P.,
9
              Defendant.
10                                              /

11

12
        Following the Case Management Conference, IT IS HEREBY ORDERED that the Case
13
Management Statement is adopted, except as expressly modified by this Order.  It is further
14
ORDERED that:
15
        **A.     DATES**
16
Bench Trial Date:  5/29/2012, at 8:00 a.m., 5 days
17
Pretrial Conference:  Monday, 5/7/2012, at 2:00 p.m.
18
Last Day to Hear Dispositive Motions:  Friday, 1/13/2012, 9:00 a.m.
19
Close of Non-expert Discovery: 9/6/2011
20
Further Case Management Conference: 1/13/2012, 9:00 a.m. (Following Dispostive Motion hearing)
21
Joint Supplemental Case Management Statement due: 1/6/2012
22
        **B.     DISCOVERY**
23
        The parties are reminded that a failure voluntarily to disclose information pursuant to
24
Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses
25
pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of
26
non-expert discovery, lead counsel for each party shall serve and file a certification that all
27
supplementation has been completed.
28

United States District Court
For the Northern District of California

1

**C.     ALTERNATIVE DISPUTE RESOLUTION**

2       This matter is referred for an Early Neutral Evaluation to be conducted by July 31, 2011.

3   The parties shall promptly notify the Court whether the case is resolved at the Early Neutral

4   Evaluation.

5

**D.     PROCEDURE FOR AMENDING THIS ORDER**

6       No provision of this order may be changed except by written order of this court upon its

7   own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b)

8   without a showing of very good cause.  If the modification sought is an extension of a deadline

9   contained herein, the motion must be brought before expiration of that deadline.  The parties

10  may not modify the pretrial schedule by stipulation.  A conflict with a court date set after the

11  date of this order does not constitute good cause. The parties are advised that if they stipulate to

12  a change in the discovery schedule, they do so at their own risk.  The only discovery schedule

13  that the Court will enforce is the one set in this order.  Additionally, briefing schedules that are

14  specifically set by the court may not be altered by stipulation; rather the parties must obtain

15  leave of Court.

16      **IT IS SO ORDERED.**

17

Dated:  March 17, 2011

18                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

2