COOLEY LLP
GORDON C. ATKINSON (122401)
(atkinsongc@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
ROCKET VENTURES II, L.P.; ROCKET VENTURES II CEO FUND, L.P.; and ROCKET VENTURES SBIC PARTNERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for ROCKET VENTURES II SBIC, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>ROCKET VENTURES II, L.P., a California limited partnership; ROCKET VENTURES II CEO FUND, L.P., a California limited partnership; and ROCKET VENTURES SBIC PARTNERS, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. CV-10-4425 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DATES AND SETTING FORTH AN AMENDED ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS** |

**WHEREAS**, this Court issued an Order Scheduling Trial and Pretrial Matters on March 17, 2011;

**WHEREAS**, the Parties have not received advice from the ADR Unit with respect to the appointment of an evaluator, as provided in Local ADR5-3;

**WHEREAS**, the Parties are actively engaging in settlement discussions; and

**FOR THE REASONS** set forth above and in the parties' accompanying (attached) letter dated July 29, 2011:

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1229670 v1/SF

1.

JOINT STIPULATION AND [PROPOSED ORDER]
EXTENDING DATES IN ORDER
(CASE NO. CV-10-4425-JSW)

**IT IS HEREBY STIPULATED AND ORDERED THAT:**

1. Close of non-expert discovery be extended by five months to and including February 6, 2012;

2. Bench trial date be extended to and including ~~October 29, 2012~~ November 5, 2012 at 8:00 a.m., 5 days;

3. Pretrial conference be extended to and including October 15, 2012;

4. Last day to hear dispositive motions be extended to and including June 15, 2012;

5. Further Case Management Conference on June 15, 2012; and

6. Joint Supplemental Case Management Statement due June 8, 2012.

**SO STIPULATED.**

Dated: July 29, 2011                           SCHNADER HARRISON SEGAL & LEWIS LLP


                                               By: /s/ T. Scott Tate
                                                       T. Scott Tate

                                               U.S. SMALL BUSINESS ADMINISTRATION


                                               By: /s/ Arlene M. Embry
                                                       Arlene M. Embry


                                               Attorneys for Plaintiff
                                               UNITED STATES SMALL BUSINESS
                                               ADMINISTRATION in its capacity as Receiver
                                               for ROCKET VENTURES II SBIC, L.P.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1229670 v1/SF                2.                JOINT STIPULATION AND [PROPOSED ORDER]
                                               EXTENDING DATES IN ORDER
                                               (CASE NO. CV-10-4425-JSW)

| | | |
|---|---|---|
| 1 | Dated: July 29, 2011 | COOLEY LLP |
| 2 | | |
| 3 | | By: /s/ Gordon C. Atkinson |
| 4 | | Gordon C. Atkinson |
| 5 | | Attorneys for Defendants ROCKET VENTURES II, L.P., ROCKET VENTURES II CEO FUND, L.P. and ROCKET VENTURES SBIC PARTNERS, LLC |
| 6 | | |

*Filer's Attestation re signatures: Gordon C. Atkinson hereby attests that concurrence in the filing of this document has been obtained.*

**IT IS SO ORDERED:**

Dated: ~~July~~ August 1, 2011

/s/ Jeffrey S. White
Honorable Jeffrey S. White
United States District Court Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1229670 v1/SF

3.

JOINT STIPULATION AND [PROPOSED ORDER]
EXTENDING DATES IN ORDER
(CASE NO. CV-10-4425-JSW)



ONE MONTGOMERY STREET   SUITE 2200
SAN FRANCISCO, CA 94104-5501
415.364.6700   FAX 415.364.6785   schnader.com

July 29, 2011

T. Scott Tate
Direct Dial 415-364-6719
E-mail: state@Schnader.com

Judge Jeffrey S. White
U.S. District Court
Northern District of California
San Francisco Courthouse
Courtroom 11, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      RE:    *SBA v. Rocket Ventures II, L.P., et al.;*
              <u>USDC, Northern District of California Case No. CV10-4425</u>

Dear Judge White:

      I write today on behalf of not only our client, the Plaintiff but also with the agreement of the three Defendants Rocket Ventures II L.P., a California limited partnership; Rocket Ventures II CEO Fund, L.P., a California limited partnership; and Rocket Ventures SBIC Partners, LLC, a Delaware limited liability company and their counsel Mr. Gordon Atkinson.

      The Plaintiffs and the three Defendants' representatives have actively engaged in settlement discussions regarding the factual and legal underpinnings of this matter over the last two months, meeting in person and exchanging position papers to try to resolve the matter short of full Discovery and trial. We have exchanged formal Discovery (requests for documents and noticed representative depositions) but we are attempting to postpone this as long as we reasonably can to try resolve the matter.

      Your Order of March 17, 2011 required our selected alternate dispute resolution process to be completed by July 31, but we have not received advice from the ADR Unit regarding the appointment of the evaluator as provided in Local ADR 5-3. Accordingly we request that the deadlines set in your March 17 Order be modified. We suggest that the time for taking Discovery be extended by five months to February 6, 2012, and that the other deadlines be adjusted accordingly. We have enclosed a Proposed Stipulated Order for your review.

      We will file a formal request for the requested changes to the deadlines if the Court prefers.

      Please let us know how the Court wishes us to proceed.

Schnader Harrison Segal & Lewis LLP
NEW YORK   PENNSYLVANIA   CALIFORNIA   WASHINGTON, DC   NEW JERSEY   DELAWARE

Judge Jeffrey S. White
July 29, 2011
Page 2

Thank you for your consideration of our request.

Very truly yours,

T. Scott Tate

TST:wr
Encl.: Proposed Stipulated Order
CC: Gordon Atkinson, Esq., counsel for the Defendants