T. Scott Tate (Bar No. 118427)
Gregory C. Nuti (Bar No. 151754)
Melissa S. Lor (Bar No. 245515)
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
E-mail: state@schnader.com
E-mail: gnuti@schnader.com
E-mail: mlor@schnader.com
Telephone: 415-364-6700
Facsimile: 415-364-6785

Arlene M. Embrey (Fl Bar No. 125539)
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W.
Washington, D.C. 20416
Email: arlene.embrey@sba.gov
Telephone (202) 205-6976
Facsimile (202) 481- 0324

Attorneys for Plaintiff United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P.

SCHNADER HARRISON SEGAL & LEWIS LLP
601 CALIFORNIA STREET, SUITE 1200
SAN FRANCISCO, CA 94108-2817
(415) 364-6700
FAX: (415) 364-6785

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> Rocket Ventures II, L.P., a California limited partnership; Rocket Ventures II CEO Fund, L.P., a California limited partnership; Rocket Ventures SBIC Partners, LLC, a Delaware limited liability company; Cordusio Societa Fiduciaria Per Azioni Lozia Federico; Kenneth W.& Melissa Baldwin; Paul Cantwell; Peter Ayrton Cheese; Yves Derville; Richard S. Cuccioli; Alistair Anderson Donald; Philippe Gire; Jean-Claude Guez; <br><br> **CAPTION CONTINUED ON NEXT PAGE** | Case No.: CV-10-4425 <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL, DISCOVERY, AND RELATED DATES IN LIGHT OF ADDITION OF NEW DEFENDANTS.** |

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Joseph Hawes & Chrisopher Eyden; Alan John Healey; Craig Foster Heimark; David E. Kropp; Gregory Charles Meekings; Michele Liberato; Fred Cucchi; ValorLife; Alberto Gandini; Rijete Pty. Ltd.; Christopher Stainton; Tyna Development; Thomas Tynan; Patrice Vinet; Hahei Limited; Michel Saunier; Michel Roujansky; Nigel Backwith; Justine Lumb; Andrew Middleton; Ajmair Singh Bhullar; Estate of Grant A. Dove; Luca Casiraghi; David Mather, |
| | Defendants. |

11  As the Plaintiff Receiver for Rocket Ventures II SBIC L.P. ("the Receiver") has now

12  finished its investigation of amounts due and owing by the Class B Limited Partners of the

13  Parent Fund Defendants Rocket Ventures II L.P. and Rocket Ventures CEO Fund, L.P., and

14  As the Receiver has now demanded payment from the Class B Limited Partners of the

15  Defendants; and

16  As the Class B Limited Partners have not remitted payment of the outstanding Demands;

17  and

18  As the Receiver was authorized "to prosecute claims against any Class B Limited

19  Partners by amendment to Complaint against the Defendants without further order of this Court"

20  pursuant to the September 2, 2010, Order in the Receivership Action modifying the stay of

21  proceedings ("Lift Stay Order ¶ 2(e)"); and

22  As the Receiver has now filed and served its Amended Complaint naming Thirty Three

23  (33) Class B Limited Partners as Defendants in this matter; and

24  As the Amended Complaint was authorized by the Lift Stay Order, but is contrary to the

25  current scheduling Order entered August 1, 2011; rather than file a separate proceeding (possibly

26  related and later consolidated) or independent action requiring additional attention to ensure

27  consistent process; and

28

SCHNADER HARRISON SEGAL & LEWIS LLP
601 CALIFORNIA STREET, SUITE 1200
SAN FRANCISCO, CA 94108-2817
(415) 364-6700
FAX: (415) 364-6785

2

SCHNADER HARRISON SEGAL & LEWIS LLP
601 CALIFORNIA STREET, SUITE 1200
SAN FRANCISCO, CA 94108-2817
(415) 364-6700
FAX: (415) 364-6785

As the Defendants identified below have agreed to the amendments to the complaint and extension of the related deadlines so that it is not faced with a multiplicity of actions, increased attorneys' fees and costs, as well as other potential inefficiencies; and

For these reasons, as well as the reasons set forth more fully in the Stipulation To Continue Trial, Discovery, and Related Dates and Declarations of Richard Moser and T. Scott Tate, Plaintiff and Defendants identified below stipulate to the Continuance of the Trial, Discovery and Related Dates.

IT IS HEREBY STIPULATED AND AGREED THAT:

1. The Trial, currently set for November 5, 2012, shall be continued to June ~~3,~~ 10 2013; at 8:00 a.m.;

2. Close of Percipient Witness Discovery to be Continued to August 10, 2012;

3. Dispositive Motions to be ~~Filed~~ heard on or before February ~~18~~ 22, 2013;

4. Pretrial Conference to be held on May 20, 2013; and

5. ~~Joint Supplemental Case management Statement due on June 11, 2013.~~

So Stipulated.

Dated: January 24, 2012

          SCHNADER HARRISON SEGAL & LEWIS LLP

          By: */s/ T. Scott Tate*
               T. Scott Tate
               Attorneys for Plaintiff
               United States Small Business
               Administration in Its Capacity as Receiver
               for Rocket Ventures II SBIC, L.P.

Dated: January 24, 2012

          U.S. SMALL BUSINESS ADMINISTRATION

          By: */s/ Arlene M. Embrey*
               Arlene M. Embrey
               Office of General Counsel
               Attorneys for Plaintiff,
               United States Small Business
               Administration in its capacity as Receiver
               for Rocket Ventures II SBIC, L.P.

Dated: January 24, 2012

Cooley LLP

By: */s/ Gordon C. Atkinson*
    Gordon C. Atkinson
    Counsel for Rocket Ventures SBIC Partners, LLC; Rocket Ventures II CEO Fund, L.P.; and Rocket Ventures II, L.P.

PURSUANT TO STIPULATION, ~~IT IS SO ORDERED.~~ AS MODIFIED ABOVE, IT IS SO ORDERED.

Dated: January 31, 2012

_____
Honorable Judge Jeffrey S. White
United States District Court Judge

PHDATA 3706187_1

**Joint Stipulation and [Proposed] Order to Continue Trial, Discovery and Related Dates**

SCHNADER HARRISON SEGAL & LEWIS LLP
601 CALIFORNIA STREET, SUITE 1200
SAN FRANCISCO, CA 94108-2817
(415) 364-6700
FAX: (415) 364-6785