1    COOLEY LLP
     GORDON C. ATKINSON (122401)
2    (atkinsongc@cooley.com)
     ABIGAIL E. PRINGLE (272548)
3    (apringle@cooley.com)
     101 California Street, 5th Floor
4    San Francisco, CA  94111-5800
     Telephone:    (415) 693-2000
5    Facsimile:    (415) 693-2222

6    Attorneys for Defendants
     ROCKET VENTURES II, L.P.; ROCKET VENTURES II CEO
7    FUND, L.P.; and ROCKET VENTURES SBIC PARTNERS,
     LLC
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13   UNITED STATES SMALL BUSINESS              Case No.  CV-10-4425 JSW
     ADMINISTRATION in its capacity as
14   Receiver for ROCKET VENTURES II SBIC,     **JOINT STIPULATION AND [PROPOSED]**
     L.P.,                                     **ORDER TO EXTEND THE TIME TO**
15                                             **RESPOND TO THE AMENDED COMPLAINT**
                     Plaintiff,
16
            v.
17
     ROCKET VENTURES II, L.P., a California
18   limited partnership; ROCKET VENTURES II
     CEO FUND, L.P., a California limited
19   partnership; and ROCKET VENTURES
     SBIC PARTNERS, LLC, a Delaware limited
20   liability company,

21                   Defendants.

22

23          As Plaintiff Receiver for Rocket Ventures II SBIC L.P. ("Plaintiff") filed an amended

24   complaint on January 18, 2012, which added thirty three new defendants;

25          As the majority of these new defendants are not located in the United States and have

26   designated Rocket Management II, L.L.C. as their U.S. agent for service and process;

27          As the time for these new defendants to respond pursuant to Federal Rule of Civil

28   Procedure 12(a)(1)(A), assuming that the summons and complaint were legally served upon them

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1254895 v1/SF                          1.          STIPULATION TO EXTEND TIME TO RESPOND TO
                                                          AMENDED COMPLAINT
                                                        (CASE NO. CV-10-4425-JSW)

1    by service upon counsel for Rocket Management II, L.L.C., is February 8, 2012, or 21 days after

2    service on January 18, 2012;

3           As many of these defendants have not provided Rocket Management II, L.L.C. with

4    current contact information;

5           As the previously-named defendants and their counsel have made a good faith effort to

6    locate and contact these new defendants but have been unable to notify at least seven of them that

7    they have been sued;

8           As there are a significant number of new defendants that are domestic individuals that (i)

9    have not designated Rocket Management II, L.L.C. as agent for service of process and (ii) have

10   not yet been served; and

11          As both parties anticipate the possibility of Plaintiff attempting service upon some or all

12   of the defendants that have no designated Rocket Management II, L.L.C., which efforts it will

13   begin to undertake in the next 10 days;

14          The parties jointly request that the court extend the time for all defendants to answer,

15   move, or otherwise respond to the Amended Complaint until **March 21, 2012.**

16

17   Dated: February 7, 2012                    COOLEY LLP

18

19

20                                             By:  _/s/ Gordon C. Atkinson_____
                                                    Gordon C. Atkinson

21                                             Attorneys for Defendants
                                               ROCKET VENTURES II, L.P., ROCKET
22                                             VENTURES II CEO FUND, L.P. and ROCKET
                                               VENTURES SBIC PARTNERS, LLC
23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1254895 v1/SF                          2.                    STIPULATION TO EXTEND TIME TO RESPOND TO
                                                             AMENDED COMPLAINT
                                                             (CASE NO. CV-10-4425-JSW)

1   Dated: February 7, 2012

2                                             SCHNADER HARRISON SEGAL & LEWIS LLP

3

4                                             By:   /s/ T. Scott Tate
                                                        T. Scott Tate
5                                             Attorneys for Plaintiff
                                              United States Small Business Administration in Its
                                              Capacity as Receiver for Rocket Ventures II SBIC,
6                                             L.P.

7   Dated: February 7, 2012

8                                             U.S. SMALL BUSINESS ADMINISTRATION

9

10                                            By:   /s/ Arlene M. Embrey
                                                        Arlene M. Embrey
11                                             Office of General Counsel
                                              Attorneys for Plaintiff,
12                                            United States Small Business Administration in its
                                              capacity as Receiver for Rocket Ventures II SBIC,
13                                            L.P.

14  PURSUANT TO STIPULATION, IT IS SO ORDERED.

15
    Dated: February _8_, 2012
16                                            _____
                                              Honorable Jeffrey S. White
17                                            United States District Court Judge

18
    *Filer's Attestation re signatures: Gordon C. Atkinson hereby attests that concurrence in the filing*
19  *of this document has been obtained.*

20

21

22

23

24

25

26

27

28