COOLEY LLP
GORDON C. ATKINSON (122401)
(atkinsongc@cooley.com)
ABIGAIL E. PRINGLE (272548)
(apringle@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
ROCKET VENTURES II, L.P.; ROCKET VENTURES II CEO FUND, L.P.; and ROCKET VENTURES SBIC PARTNERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for ROCKET VENTURES II SBIC, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ROCKET VENTURES II, L.P., a California limited partnership; ROCKET VENTURES II CEO FUND, L.P., a California limited partnership; and ROCKET VENTURES SBIC PARTNERS, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. CV-10-4425 JSW <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME TO RESPOND TO THE AMENDED COMPLAINT** |

As Plaintiff Receiver for Rocket Ventures II SBIC L.P. ("Plaintiff") filed an amended complaint on January 18, 2012, which added thirty three new defendants;

As the majority of these new defendants are not located in the United States and have designated Rocket Management II, L.L.C. as their U.S. agent for service and process;

As the time for these new defendants to respond pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), assuming that the summons and complaint were legally served upon them

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1254895 v1/SF

1.

STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT
(CASE NO. CV-10-4425-JSW)

by service upon counsel for Rocket Management II, L.L.C., is February 8, 2012, or 21 days after service on January 18, 2012;

As many of these defendants have not provided Rocket Management II, L.L.C. with current contact information;

As the previously-named defendants and their counsel have made a good faith effort to locate and contact these new defendants but have been unable to notify at least seven of them that they have been sued;

As there are a significant number of new defendants that are domestic individuals that (i) have not designated Rocket Management II, L.L.C. as agent for service of process and (ii) have not yet been served; and

As both parties anticipate the possibility of Plaintiff attempting service upon some or all of the defendants that have no designated Rocket Management II, L.L.C., which efforts it will begin to undertake in the next 10 days;

The parties jointly request that the court extend the time for all defendants to answer, move, or otherwise respond to the Amended Complaint until **March 21, 2012.**

Dated: February 7, 2012  COOLEY LLP

By: */s/* Gordon C. Atkinson
     Gordon C. Atkinson

Attorneys for Defendants
ROCKET VENTURES II, L.P., ROCKET VENTURES II CEO FUND, L.P. and ROCKET VENTURES SBIC PARTNERS, LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1254895 v1/SF

2.

STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT
(CASE NO. CV-10-4425-JSW)

Dated: February 7, 2012

SCHNADER HARRISON SEGAL & LEWIS LLP

By: */s/* T. Scott Tate
T. Scott Tate
Attorneys for Plaintiff
United States Small Business Administration in Its Capacity as Receiver for Rocket Ventures II SBIC, L.P.

Dated: February 7, 2012

U.S. SMALL BUSINESS ADMINISTRATION

By: */s/* Arlene M. Embrey
Arlene M. Embrey
Office of General Counsel
Attorneys for Plaintiff,
United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 8 , 2012

_____
Honorable Jeffrey S. White
United States District Court Judge

*Filer's Attestation re signatures: Gordon C. Atkinson hereby attests that concurrence in the filing of this document has been obtained.*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1254895 v1/SF

3.

STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT
(CASE NO. CV-10-4425-JSW)