SCHNADER HARRISON SEGAL & LEWIS LLP
601 CALIFORNIA STREET, SUITE 1200
SAN FRANCISCO, CA 94108-2817
(415) 364-6700
FAX: (415) 364-6785

| | |
|---|---|
| 1 | T. Scott Tate (Bar No. 118427) |
| | Gregory C. Nuti (Bar No. 151754) |
| 2 | Melissa S. Lor (Bar No. 245515) |
| | Schnader Harrison Segal & Lewis LLP |
| 3 | One Montgomery Street, Suite 2200 |
| | San Francisco, CA 94104-5501 |
| 4 | E-mail:state@schnader.com |
| | E-mail:gnuti@schnader.com |
| 5 | E-mail:mlor@schnader.com |
| | Telephone: 415-364-6700 |
| 6 | Facsimile: 415-364-6785 |
| 7 | Arlene M. Embrey (Fl Bar No. 125539) |
| | Trial Attorney, Office of General Counsel |
| 8 | U.S. Small Business Administration |
| | 409 3rd Street, S.W. |
| 9 | Washington, D.C. 20416 |
| | Email: arlene.embrey@sba.gov |
| 10 | Telephone (202) 205-6976 |
| | Facsimile (202) 481- 0324 |
| 11 | |
| 12 | Attorneys for Plaintiff United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P. |
| 13 | |
| | **BRYAN CAVE LLP** |
| 14 | Tracy M. Talbot, California Bar No. 259786 |
| | 560 Mission Street, 25th Floor |
| 15 | San Francisco, CA 94105 |
| | Telephone:     (415) 675-3400 |
| 16 | Facsimile:      (415) 675-3434 |
| | Email:            tracy.talbot@bryancave.com |
| 17 | |
| | **BRYAN CAVE LLP** |
| 18 | Eric Rieder, New York Bar No. 2152577 (*Pro Hac Vice* |
| | *Application To Be Filed*) |
| 19 | Scott H. Kaiser, New York Bar No. 4324422 (*Pro Hac Vice* |
| | *Application To Be Filed*) |
| 20 | 1290 Avenue of the Americas |
| | New York, NY 10104 |
| 21 | Telephone:     (212) 541-2000 |
| | Facsimile:      (212) 541-4630 |
| 22 | Email:            erieder@bryancave.com |
| | scott.kaiser@bryancave.com |
| 23 | |
| | Attorneys for Defendants |
| 24 | KENNETH W. & MELISSA BALDWIN, PAUL |
| | CANTWELL, RICHARD S. CUCCIOLI, CRAIG FOSTER |
| 25 | HEIMARK, and THOMAS TYNAN |
| 26 | |
| 27 | **CAPTION CONTINUED ON NEXT PAGE** |
| 28 | |

**STIPULATION FOR ADDITIONAL
THIRTY DAYS TO RESPOND TO AMENDED COMPLAINT**

SCHNADER HARRISON SEGAL & LEWIS LLP
601 CALIFORNIA STREET, SUITE 1200
SAN FRANCISCO, CA 94108-2817
(415) 364-6700
FAX: (415) 364-6785

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>Rocket Ventures II, L.P., a California limited partnership; Rocket Ventures II CEO Fund, L.P., a California limited partnership; Rocket Ventures SBIC Partners, LLC, a Delaware limited liability company; Cordusio Societa Fiduciaria Per Azioni Lozia Federico; Kenneth W.& Melissa Baldwin; Paul Cantwell; Peter Ayrton Cheese; Yves Derville; Richard S. Cuccioli; Alistair Anderson Donald; Philippe Gire; Jean-Claude Guez;  Joseph Hawes & Chrisopher Eyden; Alan John Healey; Craig Foster Heimark; David E. Kropp; Gregory Charles Meekings; Michele Liberato; Fred Cucchi; ValorLife; Alberto Gandini; Rijete Pty. Ltd.; Christopher Stainton; Tyna Development; Thomas Tynan; Patrice Vinet; Hahei Limited; Michel Saunier; Michel Roujansky; Nigel Backwith; Justine Lumb; Andrew Middleton; Ajmair Singh Bhullar; Estate of Grant A. Dove; Luca Casiraghi; David Mather,<br><br>Defendants. | Case No.: 3:10-cv-04425-JSW<br><br>**STIPULATION BETWEEN PLAINTIFF RECEIVER AND DEFENDANTS PAUL CANTWELL, KENNETH W. AND MELISSA BALDWIN, THOMAS TYNAN, CRAIG HEIMARK AND RICHARD CUCCIOLI FOR ADDITIONAL THIRTY DAYS TO RESPOND TO AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>**[L.R. 6-1]** |

SCHNADER HARRISON SEGAL & LEWIS LLP
601 CALIFORNIA STREET, SUITE 1200
SAN FRANCISCO, CA 94108-2817
(415) 364-6700
FAX: (415) 364-6785

Plaintiff United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P, ("Plaintiff Receiver") and newly added Defendants Paul Cantwell, Kenneth W. and Melissa Baldwin, Thomas Tynan, Craig Heimark, and Richard Cuccioli (the "Newly Named Five Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS,**

Plaintiff Receiver filed an Amended Complaint on January 18, 2012;

The Newly Named Five Defendants hereby agree to accept service of the Amended Complaint;

The time previously set for newly named parties to respond to the Amended Complaint has been ordered to be on or before March 21, 2012;

The parties are desirous of engaging in informal discussions concerning the claims against the Newly Named Five Defendants;

**NOW, THEREFORE,**

The Plaintiff Receiver and the Newly Named Five Defendants hereby agree that the time for the Newly Named Five Defendants to respond to the Amended Complaint shall be extended thirty days and the Newly Named Five Defendants shall have up to, and including, April 12, 2012 to answer, move or otherwise respond to the Amended Complaint.

**IT IS SO STIPULATED.**

The content of this document is acceptable to all persons who have signed below.

Dated: March 15, 2012          **SCHNADER HARRISON SEGAL & LEWIS LLP**

By:_____*/s/ T. Scott Tate*_____
     T. Scott Tate
Counsel for the Plaintiff
United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P.

**STIPULATION FOR ADDITIONAL
THIRTY DAYS TO RESPOND TO AMENDED COMPLAINT**

| | | |
|---|---|---|
| 1 | Dated: March 15, 2012 | **BRYAN CAVE LLP** |
| 2 | | By: _/s/ Tracy M. Talbot_ |
| | | Tracy M. Talbot |
| 3 | | Attorneys for Defendants |
| 4 | | KENNETH W. & MELISSA BALDWIN, PAUL CANTWELL, RICHARD S. CUCCIOLI, CRAIG FOSTER HEIMARK, and THOMAS TYNAN |

**[PROPOSED] ORDER**

Pursuant to Stipulation, it is **SO ORDERED.**

Dated: March 16, 2012

_/s/ Jeffrey S. White_
Honorable Jeffrey S. White
United States District Court
Northern District of California

SCHNADER HARRISON SEGAL & LEWIS LLP
601 CALIFORNIA STREET, SUITE 1200
SAN FRANCISCO, CA 94108-2817
(415) 364-6700
FAX: (415) 364-6785