T. Scott Tate (Bar No. 118427)
Gregory C. Nuti (Bar No.  151754)
Melissa S. Lor (Bar No. 245515)
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, CA  94104-5501
E-mail:state@schnader.com
E-mail:gnuti@schnader.com
E-mail:mlor@schnader.com
Telephone: 415-364-6700
Facsimile: 415-364-6785

Arlene M. Embrey (Fl Bar No. 125539)
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W.
Washington, D.C.  20416
Email: arlene.embrey@sba.gov
Telephone (202) 205-6976
Facsimile (202) 481- 0324

Attorneys for Plaintiff United States Small Business
Administration in its capacity as Receiver for Rocket
Ventures II SBIC, L.P.

Diana Hughes (Bar No. 267606)
Dewey & LeBoeuf LLP
One Montgomery Street, Suite 3500
San Francisco, CA 94104
Email: dhughes@dl.com
Telephone: 415-951-1100
Facsimile:  415-951-1180

Attorney for Defendants
Fred Cucchi, Alberto Gandini, Michele Liberato, Valor Life
(Vaduz/Lichtenstein), Yves Derville, Philippe Gire, Jean-
Claude Guez, Michael Roujansky, Michel Saunier, Patrice
Vinet, Nigel Backwith, Ajmair Singh Bhullar, Peter Ayrton
Cheese, The Reverend Canon Joseph Hawes and Mr.
Christopher Eyden, Alan John Healey, Justine Lumb,
Gregory Charles Meekings, Andrew Middleton

SCHNADER HARRISON SEGAL & LEWIS LLP
601 CALIFORNIA STREET, SUITE 1200
SAN FRANCISCO, CA 94108-2817
(415) 364-6700
FAX: (415) 364-6785

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P., | Case No.: CV-10-4425 JSW |
| Plaintiff, | |
| **CAPTION CONTINUED ON NEXT PAGE** | |

vs.

Rocket Ventures II, L.P., a California limited partnership; Rocket Ventures II CEO Fund, L.P., a California limited partnership; Rocket Ventures SBIC Partners, LLC, a Delaware limited liability company; Cordusio Societa Fiduciaria Per Azioni Lozia Federico; Kenneth W.& Melissa Baldwin; Paul Cantwell; Peter Ayrton Cheese; Yves Derville; Richard S. Cuccioli; Alistair Anderson Donald; Philippe Gire; Jean-Claude Guez; Joseph Hawes & Chrisopher Eyden; Alan John Healey; Craig Foster Heimark; David E. Kropp; Gregory Charles Meekings; Michele Liberato; Fred Cucchi; ValorLife; Alberto Gandini; Rijete Pty. Ltd.; Christopher Stainton; Tyna Development; Thomas Tynan; Patrice Vinet; Hahei Limited; Michel Saunier; Michel Roujansky; Nigel Backwith; Justine Lumb; Andrew Middleton; Ajmair Singh Bhullar; Estate of Grant A. Dove; Luca Casiraghi; David Mather,

Defendants.

Case No.: CV-10-4425 JSW

**STIPULATION BETWEEN PLAINTIFF RECEIVER AND DEFENDANTS  FRED CUCCHI, ALBERTO GANDINI, MICHELE LIBERATO, VALOR LIFE (VADUZ/LICHTENSTEIN), YVES DERVILLE, PHILIPPE GIRE, JEAN-CLAUDE GUEZ, MICHAEL ROUJANSKY, MICHEL SAUNIER, PATRICE VINET, NIGEL BACKWITH, AJMAIR SINGH BHULLAR, PETER AYRTON CHEESE, THE REVEREND CANON JOSEPH HAWES AND MR. CHRISTOPHER EYDEN, ALAN JOHN HEALEY, JUSTINE LUMB, GREGORY CHARLES MEEKINGS, ANDREW MIDDLETON FOR ADDITIONAL THIRTY DAYS TO RESPOND TO AMENDED COMPLAINT; [~~PROPOSED~~] ORDER**

SCHNADER HARRISON SEGAL & LEWIS LLP
601 CALIFORNIA STREET, SUITE 1200
SAN FRANCISCO, CA 94108-2817
(415) 364-6700
FAX: (415) 364-6785

Plaintiff United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P., ("Plaintiff Receiver") and newly added Defendants Fred Cucchi, Alberto Gandini, Michele Liberato, Valor Life (Vaduz/Lichtenstein), Yves Derville, Philippe Gire, Jean-Claude Guez, Michael Roujansky, Michel Saunier, Patrice Vinet, Nigel Backwith, Ajmair Singh Bhullar, Peter Ayrton Cheese, The Reverend Canon Joseph Hawes and Mr. Christopher Eyden, Alan John Healey, Justine Lumb, Gregory Charles Meekings, Andrew Middleton, (the "Newly Named European Defendants")[1], by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS,**

Plaintiff Receiver filed an Amended Complaint on January 18, 2012;

---

[1] By filing an Appearance and entering this Stipulation, the Newly Named European Defendants do not waive any potential objections to personal jurisdiction or service of process.

SCHNADER HARRISON SEGAL & LEWIS LLP
601 CALIFORNIA STREET, SUITE 1200
SAN FRANCISCO, CA 94108-2817
(415) 364-6700
FAX: (415) 364-6785

1    The time previously set for newly named parties to respond to the Amended Complaint

2  has been ordered to be on or before March 21, 2012;

3    The parties are currently involved in settlement discussions to resolve the claims against

4  the Newly Named European Defendants;

5    **NOW, THEREFORE,**

6    The Plaintiff Receiver and the Newly Named European Defendants hereby agree that the

7  time for the Newly Named European Defendants to respond to the Amended Complaint shall be

8  extended twenty-two  days and the Newly Named European Defendants shall have up to, and

9  including, April 12, 2012 to answer, move, or otherwise respond to the Amended Complaint.

10

11  **IT IS SO STIPULATED:**

12  Dated: March 21, 2012

SCHNADER HARRISON SEGAL & LEWIS LLP

13

14

By:   */s/ Gregory C. Nuti*
15  _____
Gregory C. Nuti
Attorneys for Plaintiff
16  United States Small Business
Administration in Its Capacity as Receiver
17  for Rocket Ventures II SBIC, L.P.

18    *Pursuant to General Order No. 45 § X.B., the filer attests that concurrence*
    *in the filing of this document has been obtained from the above signatory.*
19

20

21

22

23

24

25

26

27

28

SCHNADER HARRISON SEGAL & LEWIS LLP
601 CALIFORNIA STREET, SUITE 1200
SAN FRANCISCO, CA 94108-2817
(415) 364-6700
FAX: (415) 364-6785

Dated: March 21, 2012

DEWEY & LEBOEUF LLP

By:   /s/ Diana Hughes
      Diana Hughes
      Attorney for Defendants

      Fred Cucchi, Alberto Gandini, Michele
      Liberato, Valor Life (Vaduz/Lichtenstein),
      Yves Derville, Philippe Gire, Jean-Claude
      Guez, Michael Roujansky, Michel Saunier,
      Patrice Vinet, Nigel Backwith, Ajmair Singh
      Bhullar, Peter Ayrton Cheese, The Reverend
      Canon Joseph Hawes and Mr. Christopher
      Eyden, Alan John Healey, Justine Lumb,
      Gregory Charles Meekings, Andrew
      Middleton

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED:

Dated: March 22, 2012

_____
Honorable Judge Jeffrey S. White
United States District Court Judge
Northern District of California

4