T. Scott Tate (Bar No. 118427)
Gregory C. Nuti (Bar No. 151754)
Melissa S. Lor (Bar No. 245515)
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
E-mail: state@schnader.com
E-mail: gnuti@schnader.com
E-mail: mlor@schnader.com
Telephone: 415-364-6700
Facsimile: 415-364-6785

Arlene M. Embrey (Fl Bar No. 125539)
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W.
Washington, D.C. 20416
Email: arlene.embrey@sba.gov
Telephone (202) 205-6976
Facsimile (202) 481-0324

Attorneys for Plaintiff United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P.

Diana Hughes (Bar No. 267606)
Dewey & LeBoeuf LLP
One Montgomery Street, Suite 3500
San Francisco, CA 94104
Email: dhughes@dl.com
Telephone: 415-951-1100
Facsimile: 415-951-1180

Attorney for Defendants
Fred Cucchi, Alberto Gandini, Michele Liberato, Valor Life (Vaduz/Lichtenstein), Yves Derville, Philippe Gire, Jean-Claude Guez, Michael Roujansky, Michel Saunier, Patrice Vinet, Nigel Backwith, Ajmair Singh Bhullar, Peter Ayrton Cheese, The Reverend Canon Joseph Hawes and Mr. Christopher Eyden, Alan John Healey, Justine Lumb, Gregory Charles Meekings, Andrew Middleton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P., <br><br> Plaintiff, | Case No.: CV-10-4425 JSW |

**CAPTION CONTINUED ON NEXT PAGE**

PHDATA 3706187_1

**Stipulation for Additional Thirty Days to Respond to Amended Complaint**

| | |
|---|---|
| vs.<br><br>Rocket Ventures II, L.P., a California limited partnership; Rocket Ventures II CEO Fund, L.P., a California limited partnership; Rocket Ventures SBIC Partners, LLC, a Delaware limited liability company; Cordusio Societa Fiduciaria Per Azioni Lozia Federico; Kenneth W.& Melissa Baldwin; Paul Cantwell; Peter Ayrton Cheese; Yves Derville; Richard S. Cuccioli; Alistair Anderson Donald; Philippe Gire; Jean-Claude Guez; Joseph Hawes & Chrisopher Eyden; Alan John Healey; Craig Foster Heimark; David E. Kropp; Gregory Charles Meekings; Michele Liberato; Fred Cucchi; ValorLife; Alberto Gandini; Rijete Pty. Ltd.; Christopher Stainton; Tyna Development; Thomas Tynan; Patrice Vinet; Hahei Limited; Michel Saunier; Michel Roujansky; Nigel Backwith; Justine Lumb; Andrew Middleton; Ajmair Singh Bhullar; Estate of Grant A. Dove; Luca Casiraghi; David Mather,<br><br>Defendants. | Case No.: CV-10-4425 JSW<br><br>**STIPULATION BETWEEN PLAINTIFF RECEIVER AND DEFENDANTS FRED CUCCHI, ALBERTO GANDINI, MICHELE LIBERATO, VALOR LIFE (VADUZ/LICHTENSTEIN), YVES DERVILLE, PHILIPPE GIRE, JEAN-CLAUDE GUEZ, MICHAEL ROUJANSKY, MICHEL SAUNIER, PATRICE VINET, NIGEL BACKWITH, AJMAIR SINGH BHULLAR, PETER AYRTON CHEESE, THE REVEREND CANON JOSEPH HAWES AND MR. CHRISTOPHER EYDEN, ALAN JOHN HEALEY, JUSTINE LUMB, GREGORY CHARLES MEEKINGS, ANDREW MIDDLETON FOR ADDITIONAL THIRTY DAYS TO RESPOND TO AMENDED COMPLAINT;** [~~PROPOSED~~] **ORDER** |

Plaintiff United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P., ("Plaintiff Receiver") and newly added Defendants Fred Cucchi, Alberto Gandini, Michele Liberato, Valor Life (Vaduz/Lichtenstein), Yves Derville, Philippe Gire, Jean-Claude Guez, Michael Roujansky, Michel Saunier, Patrice Vinet, Nigel Backwith, Ajmair Singh Bhullar, Peter Ayrton Cheese, The Reverend Canon Joseph Hawes and Mr. Christopher Eyden, Alan John Healey, Justine Lumb, Gregory Charles Meekings, Andrew Middleton, (the "Newly Named European Defendants")[1], by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS,**

Plaintiff Receiver filed an Amended Complaint on January 18, 2012; and,

---

[1] By filing an Appearance and entering this Stipulation, the Newly Named European Defendants do not waive any potential objections to personal jurisdiction or service of process.

SCHNADER HARRISON SEGAL & LEWIS LLP
601 CALIFORNIA STREET, SUITE 1200
SAN FRANCISCO, CA 94108-2817
(415) 364-6700
FAX: (415) 364-6785

The time previously set for newly named parties to respond to the Amended Complaint has been ordered to be on or before March 21, 2012; and,

The Parties subsequently entered a stipulation extending the date to respond to the Amended Complaint to be on or before April 12, 2012; and,

The Newly Named European Defendants submitted a settlement proposal to the Plaintiff Receiver on March 12, 2012 (the "Settlement Proposal"); and,

The Plaintiff has reviewed the Settlement Proposal and is preparing a response; and,

The Parties request an additional 30 days for the Newly Named European Defendants to respond, in order to give the Plaintiff enough time to prepare a response and for the Parties to fully explore the possibility of settlement;

**NOW, THEREFORE,**

The Plaintiff Receiver and the Newly Named European Defendants hereby agree that the time for the Newly Named European Defendants to respond to the Amended Complaint shall be extended thirty days and the Newly Named European Defendants shall have up to, and including, May 14, 2012 to answer, move, or otherwise respond to the Amended Complaint.

**IT IS SO STIPULATED:**

Dated: April 11, 2012

    SCHNADER HARRISON SEGAL & LEWIS LLP

By:   */s/ T. Scott Tate*
      T. Scott Tate
      Attorneys for Plaintiff
      United States Small Business
      Administration in Its Capacity as Receiver
      for Rocket Ventures II SBIC, L.P.

SCHNADER HARRISON SEGAL & LEWIS LLP
601 CALIFORNIA STREET, SUITE 1200
SAN FRANCISCO, CA 94108-2817
(415) 364-6700
FAX: (415) 364-6785

Dated: April 11, 2012

DEWEY & LEBOEUF LLP

By: /s/ *Diana Hughes*
Diana Hughes
Attorney for Defendants

Fred Cucchi, Alberto Gandini, Michele Liberato, Valor Life (Vaduz/Lichtenstein), Yves Derville, Philippe Gire, Jean-Claude Guez, Michael Roujansky, Michel Saunier, Patrice Vinet, Nigel Backwith, Ajmair Singh Bhullar, Peter Ayrton Cheese, The Reverend Canon Joseph Hawes and Mr. Christopher Eyden, Alan John Healey, Justine Lumb, Gregory Charles Meekings, Andrew Middleton

*Pursuant to General Order No. 45 § X.B., the filer attests that concurrence in the filing of this document has been obtained from the above signatory.*

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED:

Dated: APRIL 13, 2012

Honorable Judge Jeffrey S. White
United States District Court Judge
Northern District of California

4

PHDATA 3706187_1

**Stipulation for Additional Thirty Days to Respond to Amended Complaint**