T. Scott Tate (Bar No. 118427)
Gregory C. Nuti (Bar No. 151754)
Melissa S. Lor (Bar No. 245515)
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
E-mail:state@schnader.com
E-mail:gnuti@schnader.com
E-mail:mlor@schnader.com
Telephone: 415-364-6700
Facsimile: 415-364-6785

Arlene M. Embrey (Fl. Bar No. 125539)
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W.
Washington, D.C. 20416
Email: arlene.embrey@sba.gov
Telephone (202) 205-6976
Facsimile (202) 481- 0324

Attorneys for Plaintiff United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P.

Tracy M. Talbot (Bar No. 259786)
Bryan Cave LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Email: tracy.talbot@bryancave.com
Telephone: 415- 675-3400
Facsimile: 415-675-3434

Attorney for Defendants
Paul Cantwell, Melissa Baldwin, Kenneth Baldwin, Craig Foster Heimark, Richard S. Cuccioli, and Thomas Tynan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P., <br><br> Plaintiff, <br> **CAPTION CONTINUED ON NEXT PAGE** | Case No.: CV-10-4425 JSW |

SCHNADER HARRISON SEGAL & LEWIS LLP
601 CALIFORNIA STREET, SUITE 1200
SAN FRANCISCO, CA 94108-2817
(415) 364-6700
FAX: (415) 364-6785

| | |
|---|---|
| 1   vs. | Case No.: CV-10-4425 JSW |
| 2   Rocket Ventures II, L.P., a California limited partnership; Rocket Ventures II CEO Fund, L.P., a California limited partnership; Rocket Ventures SBIC Partners, LLC, a Delaware limited liability company; Cordusio Societa Fiduciaria Per Azioni Lozia Federico; Kenneth W.& Melissa Baldwin; Paul Cantwell; Peter Ayrton Cheese; Yves Derville; Richard S. Cuccioli; Alistair Anderson Donald; Philippe Gire; Jean-Claude Guez; Joseph Hawes & Chrisopher Eyden; Alan John Healey; Craig Foster Heimark; David E. Kropp; Gregory Charles Meekings; Michele Liberato; Fred Cucchi; ValorLife; Alberto Gandini; Rijete Pty. Ltd.; Christopher Stainton; Tyna Development; Thomas Tynan; Patrice Vinet; Hahei Limited; Michel Saunier; Michel Roujansky; Nigel Backwith; Justine Lumb; Andrew Middleton; Ajmair Singh Bhullar; Estate of Grant A. Dove; Luca Casiraghi; David Mather,<br><br>             Defendants. | **STIPULATION BETWEEN PLAINTIFF RECEIVER AND DEFENDANTS PAUL CANTWELL, MELISSA BALDWIN, KENNETH BALDWIN, CRAIG FOSTER HEIMARK, RICHARD S. CUCCIOLI, AND THOMAS TYNAN FOR ADDITIONAL FIFTEEN DAYS TO RESPOND TO AMENDED COMPLAINT; [PROPOSED] ORDER** |

  Plaintiff United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P., ("Plaintiff Receiver") and newly added Defendants Paul Cantwell, Melissa Baldwin, Kenneth Baldwin, Craig Foster Heimark, Richard Cuccioli and Thomas Tynan, (the "Newly Named Defendants")[1], by and through their respective counsel of record, hereby stipulate and agree as follows:

  **WHEREAS,**

  Plaintiff Receiver filed an Amended Complaint on January 18, 2012; and

  The time previously set for Newly Named Defendants to respond to the Amended Complaint has been ordered to be on or before March 21, 2012; and

  The time previously set for Newly Named Defendants to respond to the Amended Complaint has been ordered to be on or before April 12, 2012; and

---

[1] By filing an Appearance and entering this Stipulation, the Newly Named Defendants do not waive any potential objections to personal jurisdiction or service of process.

PHDATA 3706187_1

**Stipulation for Additional Fifteen Days to Respond to Amended Complaint**

The parties are currently involved in settlement discussions to resolve the claims against the Newly Named Defendants; and

The Newly Named Defendants have requested an additional fifteen days to allow them to submit a settlement proposal for review by the Receiver prior to the time they are required to respond to the Amended Complaint;

**NOW, THEREFORE,**

The Plaintiff Receiver and the Newly Named Defendants hereby agree that the time for the Newly Named Defendants to respond to the Amended Complaint shall be extended fifteen days and the Newly Named Defendants shall have up to, and including, April 27, 2012 to answer, move, or otherwise respond to the Amended Complaint.

**IT IS SO STIPULATED:**

Dated: April 11, 2012

                SCHNADER HARRISON SEGAL & LEWIS LLP

By:   */s/ T. Scott Tate*
      T. Scott Tate
      Attorneys for Plaintiff
      United States Small Business
      Administration in Its Capacity as Receiver
      for Rocket Ventures II SBIC, L.P.

SCHNADER HARRISON SEGAL & LEWIS LLP
601 CALIFORNIA STREET, SUITE 1200
SAN FRANCISCO, CA 94108-2817
(415) 364-6700
FAX: (415) 364-6785

PHDATA 3706187_1
**Stipulation for Additional Fifteen Days to Respond to Amended Complaint**

Dated: April 11, 2012

BRYAN CAVE LLP

By: */s/ Tracy M. Talbot*
Tracy M. Talbot
Attorney for Defendants
Paul Cantwell, Melissa Baldwin, Kenneth Baldwin
Craig Foster Heimark, Richard S. Cuccioli,
and Thomas Tynan

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED:

Dated: April 13, 2012

Honorable Judge Jeffrey S. White
United States District Court Judge
Northern District of California

PHDATA 3706187_1
Stipulation for Additional Fifteen Days to Respond to Amended Complaint