```
 1  COOLEY LLP
    GORDON C. ATKINSON (122401)
 2  (atkinsongc@cooley.com)
    ABIGAIL E. PRINGLE (272548)
 3  (apringle@cooley.com)
    101 California Street, 5th Floor
 4  San Francisco, CA  94111-5800
    Telephone:    (415) 693-2000
 5  Facsimile:    (415) 693-2222

 6  Attorneys for Defendants
    ROCKET VENTURES II, L.P.; ROCKET VENTURES II CEO
 7  FUND, L.P.; and ROCKET VENTURES SBIC PARTNERS,
    LLC
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for ROCKET VENTURES II SBIC, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ROCKET VENTURES II, L.P., a California limited partnership; ROCKET VENTURES II CEO FUND, L.P., a California limited partnership; and ROCKET VENTURES SBIC PARTNERS, LLC, a Delaware limited liability company; Cordusio Societa Fiduciaria Per Azioni Lozia Federico; Kenneth W. & Melissa Baldwin; Paul Cantwell; Peter Ayrton Cheese; Yves Derville; Richard S. Cuccioli; Alistair Anderson Donald; Philippe Gire; Jean-Claude Guez; Joseph Hawes & Christopher Eyden; Alan John Healey; Craig Foster Heimark; David E. Kropp; Gregory Charles Meekings; Michele Liberato; Fred Cucchi; ValorLife; Alberto Gandini; Rijete Pty. Ltd.; Christopher Stainton; Tyna Development; Thomas Tynan; Patrice Vinet; Hahei Limited; Michael Saunier; Michel Roujansky; Nigel Backwith; Justine Lumb; Andrew Middleton; Ajmair Singh Bhullar; Estate of Grant A. Dove; Luca Casiraghi; David Mather, <br><br> Defendants. | Case No.  CV-10-4425 JSW <br><br> STIPULATION AND [PROPOSED] ORDER BETWEEN PLAINTIFF RECEIVER AND DEFENDANTS ROCKET VENTURES II, L.P., ROCKET VENTURES II CEO FUND, L.P., AND ROCKET VENTURES SBIC PARTNERS, LLC TO EXTEND BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1264914/SF

1.

STIPULATION AND [PROPOSED] ORDER TO
EXTEND BRIEFING SCHEDULE ON SUJ MOTION
(CASE NO. CV-10-4425-JSW)

1   Defendants Rocket Ventures II, L.P., Rocket Ventures II CEO Fund, L.P., and Rocket Ventures SBIC Partners, LLC ("Defendants") and Plaintiff United States Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P. ("Plaintiff Receiver"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiff Receiver filed a motion for summary judgment on April 3, 2012;

**WHEREAS**, Defendants' opposition to the motion for summary judgment is presently due on April 17, 2012;

**WHEREAS**, Plaintiff Receiver's reply in support of its motion for summary judgment is presently due on April 24, 2012;

**WHEREAS**, the hearing on the motion for summary judgment is presently scheduled for June 15, 2012;

**WHEREAS**, Defendants currently lack facts that Defendants believe may be essential to support their opposition to Plaintiff Receiver's motion for summary judgment;

**WHEREAS**, Defendants had scheduled three depositions, but agreed with Plaintiff Receiver to delay those depositions after Plaintiff Receiver's Amended Complaint added 33 new defendants in January, and Defendants have not rescheduled these depositions as several of the new defendants are still being located and/or responding to the complaint;

**WHEREAS**, the Parties agree that is it in the interest of both judicial economy and efficiency for all parties to permit additional time for Defendants to respond to Plaintiff Receiver's motion so that they may proceed with their depositions in advance of their response;

**FOR THE REASONS** set forth above:

**IT IS HEREBY STIPULATED AND ORDERED THAT:**

1.  Defendants' opposition to Plaintiff Receiver's motion for summary judgment is extended to and including May 18, 2012;

2.  Plaintiff Receiver's reply in support of its motion for summary judgment is extended to and including ~~June 1,~~ May 29, 2012; and

3.  The hearing on the motion for summary judgment will remain the same.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1264914/SF

2.

STIPULATION AND [PROPOSED] ORDER TO
EXTEND BRIEFING SCHEDULE ON SUJ MOTION
(CASE NO. CV-10-4425-JSW)

**SO STIPULATED.**

Dated: April 17, 2012  COOLEY LLP

By: /s/ Gordon C. Atkinson
    Gordon C. Atkinson

Attorneys for Defendants
ROCKET VENTURES II, L.P., ROCKET VENTURES II CEO FUND, L.P. and ROCKET VENTURES SBIC PARTNERS, LLC

Dated: April 17, 2011  SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ T. Scott Tate
    T. Scott Tate

Attorneys for Plaintiff
UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for ROCKET VENTURES II SBIC, L.P.

*Filer's Attestation re signatures: Gordon C. Atkinson hereby attests that concurrence in the filing of this document has been obtained.*

**ORDER**

**IT IS SO ORDERED,** AS MODIFIED ABOVE.

Dated: April 17, 2012

_____
Honorable Jeffrey S. White
United States District Court Judge

1264914/SF

3.

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON SUJ MOTION
(CASE NO. CV-10-4425-JSW)

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO