COOLEY LLP
GORDON C. ATKINSON (122401)
(atkinsongc@cooley.com)
ABIGAIL E. PRINGLE (272548)
(apringle@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
ROCKET VENTURES II, L.P.; ROCKET VENTURES II CEO FUND, L.P.; and ROCKET VENTURES SBIC PARTNERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for ROCKET VENTURES II SBIC, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ROCKET VENTURES II, L.P., a California limited partnership; ROCKET VENTURES II CEO FUND, L.P., a California limited partnership; and ROCKET VENTURES SBIC PARTNERS, LLC, a Delaware limited liability company; Cordusio Societa Fiduciaria Per Azioni Lozia Federico; Kenneth W. & Melissa Baldwin; Paul Cantwell; Peter Ayrton Cheese; Yves Derville; Richard S. Cuccioli; Alistair Anderson Donald; Philippe Gire; Jean-Claude Guez; Joseph Hawes & Christopher Eyden; Alan John Healey; Craig Foster Heimark; David E. Kropp; Gregory Charles Meekings; Michele Liberato; Fred Cucchi; ValorLife; Alberto Gandini; Rijete Pty. Ltd.; Christopher Stainton; Tyna Development; Thomas Tynan; Patrice Vinet; Hahei Limited; Michael Saunier; Michel Roujansky; Nigel Backwith; Justine Lumb; Andrew Middleton; Ajmair Singh Bhullar; Estate of Grant A. Dove; Luca Casiraghi; David Mather, <br><br> Defendants. | Case No. CV-10-4425 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER BETWEEN PLAINTIFF RECEIVER AND DEFENDANTS ROCKET VENTURES II, L.P., ROCKET VENTURES II CEO FUND, L.P., AND ROCKET VENTURES SBIC PARTNERS, LLC TO EXTEND BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1264914/SF

1.

STIPULATION AND [PROPOSED] ORDER TO
EXTEND BRIEFING SCHEDULE ON SUJ MOTION
(CASE NO. CV-10-4425-JSW)

Defendants Rocket Ventures II, L.P., Rocket Ventures II CEO Fund, L.P., and Rocket Ventures SBIC Partners, LLC ("Defendants") and Plaintiff United States Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P. ("Plaintiff Receiver"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiff Receiver filed a motion for summary judgment on April 3, 2012;

**WHEREAS**, Defendants' opposition to the motion for summary judgment is presently due on April 17, 2012;

**WHEREAS**, Plaintiff Receiver's reply in support of its motion for summary judgment is presently due on April 24, 2012;

**WHEREAS**, the hearing on the motion for summary judgment is presently scheduled for June 15, 2012;

**WHEREAS**, Defendants currently lack facts that Defendants believe may be essential to support their opposition to Plaintiff Receiver's motion for summary judgment;

**WHEREAS**, Defendants had scheduled three depositions, but agreed with Plaintiff Receiver to delay those depositions after Plaintiff Receiver's Amended Complaint added 33 new defendants in January, and Defendants have not rescheduled these depositions as several of the new defendants are still being located and/or responding to the complaint;

**WHEREAS**, the Parties agree that is it in the interest of both judicial economy and efficiency for all parties to permit additional time for Defendants to respond to Plaintiff Receiver's motion so that they may proceed with their depositions in advance of their response;

**FOR THE REASONS** set forth above:

**IT IS HEREBY STIPULATED AND ORDERED THAT:**

1. Defendants' opposition to Plaintiff Receiver's motion for summary judgment is extended to and including May 18, 2012;

2. Plaintiff Receiver's reply in support of its motion for summary judgment is extended to and including ~~June 1,~~ May 29, 2012; and

3. The hearing on the motion for summary judgment will remain the same.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1264914/SF

2.

STIPULATION AND [PROPOSED] ORDER TO
EXTEND BRIEFING SCHEDULE ON SUJ MOTION
(CASE NO. CV-10-4425-JSW)

**So Stipulated.**

Dated: April 17, 2012					COOLEY LLP

							By: /s/ Gordon C. Atkinson
							       Gordon C. Atkinson

							Attorneys for Defendants
							ROCKET VENTURES II, L.P., ROCKET
							VENTURES II CEO FUND, L.P. and ROCKET
							VENTURES SBIC PARTNERS, LLC

Dated: April 17, 2011					SCHNADER HARRISON SEGAL & LEWIS
							LLP

							By: /s/ T. Scott Tate
							       T. Scott Tate

							Attorneys for Plaintiff
							UNITED STATES SMALL BUSINESS
							ADMINISTRATION in its capacity as Receiver
							for ROCKET VENTURES II SBIC, L.P.

*Filer's Attestation re signatures: Gordon C. Atkinson hereby attests that concurrence in the filing of this document has been obtained.*

**ORDER**

**It Is So Ordered,** AS MODIFIED ABOVE.

Dated: April 17, 2012					_____
							Honorable Jeffrey S. White
							United States District Court Judge

1264914/SF					3.					STIPULATION AND [PROPOSED] ORDER TO
										EXTEND BRIEFING SCHEDULE ON SUJ MOTION
										(CASE NO. CV-10-4425-JSW)