COOLEY LLP
GORDON C. ATKINSON (122401)
(atkinsongc@cooley.com)
ABIGAIL E. PRINGLE (272548)
(apringle@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
ROCKET VENTURES II, L.P.; ROCKET VENTURES II CEO FUND, L.P.; and ROCKET VENTURES SBIC PARTNERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION in its capacity as Receiver for ROCKET VENTURES II SBIC, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>ROCKET VENTURES II, L.P., a California limited partnership; ROCKET VENTURES II CEO FUND, L.P., a California limited partnership; and ROCKET VENTURES SBIC PARTNERS, LLC, a Delaware limited liability company; Cordusio Societa Fiduciaria Per Azioni Lozia Federico; Kenneth W. & Melissa Baldwin; Paul Cantwell; Peter Ayrton Cheese; Yves Derville; Richard S. Cuccioli; Alistair Anderson Donald; Philippe Gire; Jean-Claude Guez; Joseph Hawes & Christopher Eyden; Alan John Healey; Craig Foster Heimark; David E. Kropp; Gregory Charles Meekings; Michele Liberato; Fred Cucchi; ValorLife; Alberto Gandini; Rijete Pty. Ltd.; Christopher Stainton; Tyna Development; Thomas Tynan; Patrice Vinet; Hahei Limited; Michael Saunier; Michel Roujansky; Nigel Backwith; Justine Lumb; Andrew Middleton; Ajmair Singh Bhullar; Estate of Grant A. Dove; Luca Casiraghi; David Mather,<br><br>Defendants. | Case No. CV-10-4425 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER BETWEEN PLAINTIFF RECEIVER AND DEFENDANTS ROCKET VENTURES II, L.P., ROCKET VENTURES II CEO FUND, L.P., AND ROCKET VENTURES SBIC PARTNERS, LLC TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

1  Defendants Rocket Ventures II, L.P., Rocket Ventures II CEO Fund, L.P., and Rocket
2  Ventures SBIC Partners, LLC ("Defendants") and Plaintiff United States Business Administration
3  in its capacity as Receiver for Rocket Ventures II SBIC, L.P. ("Plaintiff Receiver"), by and
4  through their respective counsel of record, hereby stipulate and agree as follows:

5  **WHEREAS**, Plaintiff Receiver filed a motion for summary judgment on April 3, 2012;

6  **WHEREAS**, Defendants' opposition to the motion for summary judgment is presently due
7  on May 18, 2012;

8  **WHEREAS**, the Parties agree to permit additional time for Defendants to respond to
9  Plaintiff Receiver's motion and agree that such additional time to respond shall not affect the due
10 date of Plaintiff Receiver's reply nor the date of the hearing on the motion;

11  **FOR THE REASONS** set forth above:

12  **IT IS HEREBY STIPULATED AND ORDERED THAT:**

13  1. Defendants' opposition to Plaintiff Receiver's motion for summary judgment is
14  extended to and including May 22, 2012 and shall be filed no later than 5:00 p.m. (PDT);

15  2. Plaintiff Receiver's reply in support of its motion for summary judgment due on
16  May 29, 2012 will remain the same; and

17  3. The hearing on the motion for summary judgment on June 15, 2012 will remain
18  the same.

19  ////
20  ////
21  ////
22  ////
23  ////
24  ////
25  ////
26  ////
27  ////
28  ////

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1270051 /SF

2.

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE OPPOSITION TO SUJ MOTION (CASE NO. CV-10-4425-JSW)**

**SO STIPULATED.**

Dated: May 17, 2012                                 COOLEY LLP


                                                    By: /s/ Gordon C. Atkinson
                                                            Gordon C. Atkinson

                                                    Attorneys for Defendants
                                                    ROCKET VENTURES II, L.P., ROCKET
                                                    VENTURES II CEO FUND, L.P. and ROCKET
                                                    VENTURES SBIC PARTNERS, LLC

Dated: May 17, 2011                                 SCHNADER HARRISON SEGAL & LEWIS
                                                    LLP


                                                    By: /s/ T. Scott Tate
                                                            T. Scott Tate

                                                    Attorneys for Plaintiff
                                                    UNITED STATES SMALL BUSINESS
                                                    ADMINISTRATION in its capacity as Receiver
                                                    for ROCKET VENTURES II SBIC, L.P.

*Filer's Attestation re signatures: Gordon C. Atkinson hereby attests that concurrence in the filing of this document has been obtained.*

**ORDER**

**IT IS SO ORDERED:**

Dated: May 21, 2012

                                                    /s/ Jeffrey S. White
                                                    Honorable Jeffrey S. White
                                                    United States District Court Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1270051 /SF                    3.       STIPULATION AND [PROPOSED] ORDER TO
                                        EXTEND TIME TO FILE OPPOSITION TO SUJ
                                        MOTION (CASE NO. CV-10-4425-JSW)