1  COOLEY LLP
   GORDON C. ATKINSON (122401)
2  (atkinsongc@cooley.com)
   ABIGAIL E. PRINGLE (272548)
3  (apringle@cooley.com)
   101 California Street, 5th Floor
4  San Francisco, CA  94111-5800
   Telephone:     (415) 693-2000
5  Facsimile:     (415) 693-2222

6  Attorneys for Defendants
   ROCKET VENTURES II, L.P.; ROCKET VENTURES II CEO
7  FUND, L.P.; and ROCKET VENTURES SBIC PARTNERS,
   LLC

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12 UNITED STATES SMALL BUSINESS            Case No.  CV-10-4425 JSW
   ADMINISTRATION in its capacity as Receiver
13 for ROCKET VENTURES II SBIC, L.P.,      **STIPULATION AND [PROPOSED] ORDER
                                           BETWEEN PLAINTIFF RECEIVER AND
14                Plaintiff,               DEFENDANTS ROCKET VENTURES II,
                                           L.P., ROCKET VENTURES II CEO FUND,
15       v.                                L.P., AND ROCKET VENTURES SBIC
                                           PARTNERS, LLC TO EXTEND TIME TO
16 ROCKET VENTURES II, L.P., a California  FILE OPPOSITION TO MOTION FOR
   limited partnership; ROCKET VENTURES II SUMMARY JUDGMENT**
17 CEO FUND, L.P., a California limited
   partnership; and ROCKET VENTURES SBIC
18 PARTNERS, LLC, a Delaware limited liability
   company; Cordusio Societa Fiduciaria Per Azioni
19 Lozia Federico; Kenneth W. & Melissa Baldwin;
   Paul Cantwell; Peter Ayrton Cheese; Yves
20 Derville; Richard S. Cuccioli; Alistair Anderson
   Donald; Philippe Gire; Jean-Claude Guez; Joseph
21 Hawes & Christopher Eyden; Alan John Healey;
   Craig Foster Heimark; David E. Kropp; Gregory
22 Charles Meekings; Michele Liberato; Fred
   Cucchi; ValorLife; Alberto Gandini; Rijete Pty.
23 Ltd.; Christopher Stainton; Tyna Development;
   Thomas Tynan; Patrice Vinet; Hahei Limited;
24 Michael Saunier; Michel Roujansky; Nigel
   Backwith; Justine Lumb; Andrew Middleton;
25 Ajmair Singh Bhullar; Estate of Grant A. Dove;
   Luca Casiraghi; David Mather,
26

27                Defendants.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1270051/SF                              1.                    **STIPULATION AND [PROPOSED] ORDER TO
                                                             EXTEND TIME TO FILE OPPOSITION TO SUJ
                                                             MOTION (CASE NO. CV-10-4425-JSW)**

1    Defendants Rocket Ventures II, L.P., Rocket Ventures II CEO Fund, L.P., and Rocket

2 Ventures SBIC Partners, LLC ("Defendants") and Plaintiff United States Business Administration

3 in its capacity as Receiver for Rocket Ventures II SBIC, L.P. ("Plaintiff Receiver"), by and

4 through their respective counsel of record, hereby stipulate and agree as follows:

5    WHEREAS, Plaintiff Receiver filed a motion for summary judgment on April 3, 2012;

6    WHEREAS, Defendants' opposition to the motion for summary judgment is presently due

7 on May 18, 2012;

8    WHEREAS, the Parties agree to permit additional time for Defendants to respond to

9 Plaintiff Receiver's motion and agree that such additional time to respond shall not affect the due

10 date of Plaintiff Receiver's reply nor the date of the hearing on the motion;

11    FOR THE REASONS set forth above:

12    IT IS HEREBY STIPULATED AND ORDERED THAT:

13    1.    Defendants' opposition to Plaintiff Receiver's motion for summary judgment is

14 extended to and including May 22, 2012 and shall be filed no later than 5:00 p.m. (PDT);

15    2.    Plaintiff Receiver's reply in support of its motion for summary judgment due on

16 May 29, 2012 will remain the same; and

17    3.    The hearing on the motion for summary judgment on June 15, 2012 will remain

18 the same.

19 ////

20 ////

21 ////

22 ////

23 ////

24 ////

25 ////

26 ////

27 ////

28 ////

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1270051 /SF

2.

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO FILE OPPOSITION TO SUJ
MOTION (CASE NO. CV-10-4425-JSW)

1    **SO STIPULATED.**

2

3    Dated: May 17, 2012                              COOLEY LLP

4

5                                                     By: /s/ Gordon C. Atkinson
                                                         _____
6                                                          Gordon C. Atkinson

7                                                     Attorneys for Defendants
                                                      ROCKET VENTURES II, L.P., ROCKET
                                                      VENTURES II CEO FUND, L.P. and ROCKET
8                                                     VENTURES SBIC PARTNERS, LLC

9    Dated: May 17, 2011                              SCHNADER HARRISON SEGAL & LEWIS
                                                      LLP
10

11

12                                                    By: /s/ T. Scott Tate
                                                         _____
                                                          T. Scott Tate
13
                                                      Attorneys for Plaintiff
14                                                    UNITED STATES SMALL BUSINESS
                                                      ADMINISTRATION in its capacity as Receiver
                                                      for ROCKET VENTURES II SBIC, L.P.
15

16   *Filer's Attestation re signatures: Gordon C. Atkinson hereby attests that concurrence in the filing*
     *of this document has been obtained.*
17

18                                        **ORDER**

19        **IT IS SO ORDERED:**

20

21   Dated: May __21__, 2012

                                                      _____
22                                                    Honorable Jeffrey S. White
                                                      United States District Court Judge
23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1270051 /SF

3.

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO FILE OPPOSITION TO SUJ
MOTION (CASE NO. CV-10-4425-JSW)