T. Scott Tate (Bar No. 118427)
Gregory C. Nuti (Bar No. 151754)
Melissa S. Lor (Bar No. 245515)
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
E-mail:state@schnader.com
E-mail:gnuti@schnader.com
E-mail:mlor@schnader.com
Telephone: 415-364-6700
Facsimile: 415-364-6785

Arlene M. Embrey (Fl Bar No. 125539)
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W.
Washington, D.C. 20416
Email: arlene.embrey@sba.gov
Telephone (202) 205-6976
Facsimile (202) 481- 0324

Attorneys for Plaintiff United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>Rocket Ventures II, L.P., a California limited partnership; Rocket Ventures II CEO Fund, L.P., a California limited partnership; Rocket Ventures SBIC Partners, LLC, a Delaware limited liability company; Cordusio Societa Fiduciaria Per Azioni Lozia Federico; Kenneth W.& Melissa Baldwin; Paul Cantwell; Peter Ayrton Cheese; Yves Derville; Richard S. Cuccioli; Alistair Anderson Donald; Philippe Gire; Jean-Claude Guez; Joseph Hawes & Christopher Eyden; Alan John Healey; Craig Foster Heimark; David E. Kropp; Gregory | Case No.: CV-10-4425<br><br>**ORDER APPROVING *EX PARTE* APPLICATION TO SERVE DEFENDANT DAVID MATHER BY PUBLICATION**<br><br>[Fed. R. Civ. P. 4(e)(1); Cal. Civ. Proc. Code § 415.50] |

**CAPTION CONTINUED ON NEXT PAGE**

---

ORDER APPROVING APPLICATION TO SERVE DEFENDANT BY PUBLICATION

PHDATA 3839215_1

|   |   |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Charles Meekings; Michele Liberato; Fred Cucchi; ValorLife; Alberto Gandini; Rijete Pty. Ltd.; Christopher Stainton; Tyna Development; Thomas Tynan; Patrice Vinet; Hahei Limited; Michel Saunier; Michel Roujansky; Nigel Backwith; Justine Lumb; Andrew Middleton; Ajmair Singh Bhullar; Estate of Grant A. Dove; Luca Casiraghi; David Mather,<br>                    Defendants. |

The Court has duly considered the plaintiff, United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P. ("Receiver" or "Plaintiff"), *ex parte* application to serve defendant David Mather ("Defendant") by publication, the declaration of Richard Moser in support of the application, and the declarations of diligence by the registered process server attached thereto. Finding it satisfactorily appears to the Court that Defendant cannot be served with summons in any other manner specified in Cal. Civ. Proc. Code §§415.19 through 415.40, and that a cause of action exists,

**IT IS ORDERED** that the summons be served by publication in the *San Jose Mercury News*, a newspaper of general circulation published in California, hereby designated as the newspaper most likely to give Defendant David Mather actual notice of the action, and that the publication be made once a week for four (4) successive weeks.

**IT IS FURTHER ORDERED** that a copy of the summons, a copy of the complaint, and a copy of this order be forthwith mailed to Defendant David Mather if his address is ascertained before expiration of the time herein prescribed for publication of summons.

Dated: June 26, 2012

_____
U.S. DISTRICT COURT JUDGE