NEAL L. WOLF & ASSOCIATES, LLC
Neal L. Wolf (CA Bar No. 202129)
155 N. Wacker Drive, Suite 1910
Chicago, IL 60606
Main: (312) 228-4990
Fax: (312) 228-4988
E-mail: nwolf@nealwolflaw.com

*Attorney for Defendants Jean-Claude Guez, Michele Liberato, Yves Derville, Philippe Gire, Michel Roujansky, Michel Saunier, and Patrice Vinet*

T. Scott Tate (Bar No. 118427)
Gregory C. Nuti (Bar No. 151754)
Melissa S. Lor (Bar No. 245515)
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104
E-mail: state@schnader.com
E-mail: gnuti@schnader.com
E-mail: mlor@schnader.com
Telephone: (415) 364-6700
Facsimile: (415) 364-6875

Arlense M. Embrey (FL Bar No. 125539)
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W.
Washington, D.C. 20416
E-mail: arlene.embrey@sba.gov
Telephone: (202) 205-6796
Facsimile: (202) 481-0324

*Attorneys for Plaintiff United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P.,<br><br>   Plaintiff,<br>**Caption Continued on Next Page** | Case No. CV-10-4425 JSW |

00003827.DOC V-
Stipulation for an Additional 21 Days to
Respond to the Amended Complaint

1

|   |   |
|---|---|
| vs. | ) **STIPULATION BETWEEN** |
|   | ) **DEFENDANTS JEAN-CLAUDE GUEZ,** |
| Rocket Ventures II, L.P., a California limited partnership; Rocket Ventures II CEO Fund, L.P., a California limited partnership; Rocket Ventures SBIC Partners, LLC, a Delaware limited liability company; Cordusio Societa Fiduciaria Per Azioni Lozia Federico; Kenneth W. & Melissa Baldwin; Paul Cantwell; Peter Ayrton Cheese; Yves Derville; Richard S. Cuccioli; Alistair Anderson Donald; Philippe Gire; Jean-Claude Guez; Joseph Hawes & Christopher Eyden; Alan John Healey; Craig Foster Heimark; David E. Kropp; Gregory Charles Meekings; Michele Liberato; Fred Cucchi; ValorLife; Alberto Gandini; Rijete Pty. Ltd.; Christopher Stainton; Tyna Development; Thomas Tynan; Patrice Vinet; Hahei Limited; Michel Saunier; Michel Roujansky; Nigel Backwith; Justine Lumb; Andrew Middleton; Ajmair Singh Bhullar; Estate of Grant A. Dove; Luca Casiraghi; and David Mather, | ) **MICHELE LIBERATO, YVES** ) **DERVILLE, PHILIPPE GIRE, MICHEL** ) **ROUJANSKY, MICHEL SAUNIER,** ) **AND PATRICE VINET AND** ) **PLAINTIFF RECEIVER FOR AN** ) **ADDITIONAL TWENTY ONE DAYS** ) **TO RESPOND TO THE AMENDED** ) **COMPLAINT;** ) ) **[PROPOSED] ORDER** |
| Defendants. |   |

Defendants Jean-Claude Guez, Michele Liberato, Yves Derville, Philippe Gire, Michel Roujansky, Michel Saunier, and Patrice Vinet (the "Defendants")[1] and Paintiff United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P. ("Plaintiff Recevier"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS:**

Plaintiff Receiver filed an Amended Complaint on January 18, 2012;

The parties engaged in settlement negotiations in January through May, 2012 (the "Prior Negotiations";

---

[1] By entering this stipulation, the above-named Defendants do not waive any potential objections to personal jurisdiction or service of process.

00003827.DOC V-
Stipulation for an Additional 21 Days to
Respond to the Amended Complaint

2

During the prior negotiations, the Defendants were represented by Dewey & LeBoeuf LLP ("D&L");

On May 11, Defendants filed a Motion for Extension of Time to Answer or Otherwise Respond to the Amended Complaint (the "Motion," Dkt. 63) that was granted by Order dated May 22, 2012 (the "Order," Dkt. No.71.);

D&L closed its doors on or about May 15, 2012 and the above-named Defendants had to obtain new counsel;

Pursuant to the Order, Defendants were given until and including June 25, 2012 to answer or otherwise respond to the Amended Complaint;

On June 14, 2012, the above-named Defendants retained Neal Wolf & Associates, LLC ("NW&A") to represent them in this matter;

The parties are currently involved in settlement discussions to resolve the claims against the above-named Defendants;

**NOW, THEREFORE,**

The above-named Defendants and Plaintiff Receiver hereby agree that the time for the above-named Defendants to respond to the Amended Complaint shall be extended twenty-one days and the above-named Defendants shall have up to, and including, July 16, 2012 to respond to the Amended Complaint.

**IT IS SO STIPULATED:**

Dated: June 22, 2012                               Neal Wolf & Associates, LLC

                                                   By:   /s/  *Neal L. Wolf*
                                                         Neal L. Wolf

                                                   *Attorney for Defendants Jean-Claude Guez, Michele Liberato, Yves Derville, Philippe Gire, Michel Roujansky, Michel Saunier, and Patrice Vinet*

00003827.DOC V-
Stipulation for an Additional 21 Days to
Respond to the Amended Complaint

3

Dated: June 22, 2012

Schnader Harrison Segal & Lewis LLP

By: /s/ T. Scott Tate
T. Scott Tate

*Attorneys for Plaintiff*
*United States Small Business Administration in Its Capacity as Receiver for Rocket Ventures II SBIC, L.P.*

*Pursuant to General Order No. 45 § X.B., the filer attests that concurrence in the filing of this document has been obtained from the above signatory.*

**[Proposed] ORDER**

Pursuant to stipulation, IT IS SO ORDERED:

Dated: June 26, 2012

Hon. Jeffrey S. White
United States District Judge
Northern District of California

00003827.DOC V-     4
Stipulation for an Additional 21 Days to
Respond to the Amended Complaint