T. Scott Tate (Bar No. 118427)
Gregory C. Nuti (Bar No. 151754)
Melissa S. Lor (Bar No. 245515)
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
E-mail:state@schnader.com
E-mail:gnuti@schnader.com
E-mail:mlor@schnader.com
Telephone: 415-364-6700
Facsimile: 415-364-6785

Arlene M. Embrey (Fl Bar No. 125539)
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W.
Washington, D.C. 20416
Email: arlene.embrey@sba.gov
Telephone (202) 205-6976
Facsimile (202) 481- 0324

Attorneys for Plaintiff United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> Rocket Ventures II, L.P., a California limited partnership; et al. <br><br> Defendants. | Case No.: CV-10-4425 <br><br> **ORDER APPROVING STIPULATION OF DISMISSAL OF RICHARD CUCCIOLI; THOMAS TYNAN; CRAIG HEIMARK; PAUL CANTWELL; AND MELISSA AND KENNETH BALDWIN** <br><br> [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

**ORDER**

Plaintiff UNITED STATES SMALL BUSINESS ADMINISTRATION IN ITS

CAPACITY AS RECEIVER FOR ROCKET VENTURES II SBIC, L.P. and Defendants

---

**ORDER APPROVING STIPULATION OF DISMISSAL OF DEFENDANTS CUCCIOLI; TYNAN; HEIMARK; CANTWELL; AND BALDWIN**

PHDATA 4185696_1

1  RICHARD CUCCIOLI; THOMAS TYNAN; CRAIG HEIMARK; PAUL CANTWELL AND
2  MELISSA AND KENNETH BALDWIN having filed their Stipulation of Dismissal of Richard
3  Cuccioli; Thomas Tynan; Craig Heimark; Paul Cantwell and Melissa and Kenneth Baldwin (the
4  "Stipulation"); the Court having read and considered the Stipulation; and good cause appearing;

    IT IS HEREBY ORDERED that the Stipulation is approved;

    IT IS FURTHER ORDERED that Defendants Richard Cuccioli; Thomas Tynan; Craig Heimark; Paul Cantwell and Melissa and Kenneth Baldwin, are, and hereby, dismissed with prejudice from the above-referenced action.

Dated: February 26, 2013

                                          *Jeffrey S. White*
                                         United States District Judge

**ORDER APPROVING STIPULATION OF DISMISSAL OF DEFENDANTS CUCCIOLI; TYNAN; HEIMARK; CANTWELL; AND BALDWIN**

PHDATA 4185696_1