United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES SMALL BUSINESS
ADMINISTRATION, in its capacity as
Receiver for Rocket Ventures II SMIC, L.P.,

            Plaintiff,

    v.

ROCKET VENTURES II, L.P., et al.,

            Defendants.

_____/

No. C 10-04425 JSW

**ORDER (1) ADOPTING REPORT
AND RECOMMENDATION ON
PLAINTIFF'S MOTIONS FOR
DEFAULT JUDGMENT, (2)
REQUIRING STATUS REPORT,
AND (3) CONTINUING DATES**

**(Docket Nos. 126-133, 139-140)**

      This matter comes before the Court upon consideration of the Report and
Recommendation ("Report") prepared by Magistrate Judge Spero (Docket No. 158), in which he
recommends that the Court deny Plaintiff's motions for default judgment (Docket Nos. 126-133,
139-140) without prejudice to renewal at the conclusion of the case on the merits. The deadline
for filing objections to the Report has passed, and neither party has filed objections. The Court
has considered the Report, relevant legal authority, and the record in this case. The Court finds
the Report thorough and well reasoned and adopts it in every respect. Accordingly, the Court
DENIES Plaintiff's motions for default judgment without prejudice to renewal at the conclusion
of the case on the merits.

      On January 3, 2013, the Court reserved ruling on the French and Italian Defendants'
motion to dismiss with respect to Michele Liberato ("Liberato") regarding sufficiency of
service. On March 28, 2013, Plaintiff filed a supplemental brief and supporting declaration,

attesting to efforts to personally serve Liberato. Plaintiff stated that it would file the appropriate

return of service as soon as it was received. To date, Plaintiff has not yet filed a return of

service as to Liberato. The Court HEREBY ORDERS Plaintiff to file a status report regarding

Liberato by no later than September 17, 2013. Liberato may file a response by no later than

September 23, 2013.

The Court FURTHER ORDERS that the pretrial conference and trial in this action are

CONTINUED to November 12, 2013 at 1:30 p.m.. and December 9, 2013 at 8:00 a.m.,

respectively.

**IT IS SO ORDERED.**

Dated: September 10, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE
by HONORABLE SUSAN ILLSTON

United States District Court
For the Northern District of California