T. Scott Tate (Bar No. 118427)
Gregory C. Nuti (Bar No. 151754)
Melissa S. Lor (Bar No. 245515)
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
E-mail:state@schnader.com
E-mail:gnuti@schnader.com
E-mail:mlor@schnader.com
Telephone: 415-364-6700
Facsimile: 415-364-6785

Arlene M. Embrey (Fl Bar No. 125539)
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W.
Washington, D.C. 20416
Email: arlene.embrey@sba.gov
Telephone (202) 205-6976
Facsimile (202) 481- 0324

Attorneys for Plaintiff United States Small Business
Administration in its capacity as Receiver for Rocket
Ventures II SBIC, L.P.



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> Rocket Ventures II, L.P., a California limited partnership, et al. <br><br> Defendants. | Case No.: 3:10-cv-04425 JSW <br><br> **NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF AN ORDER APPROVING AND CONFIRMING THE FIFTH RECEIVER'S REPORT AND MEMORANDUM IN SUPPORT THEREOF** |
| --- | --- |

NOTICE OF WITHDRAWAL OF MOTION FOR ORDER APPROVING AND CONFIRMING FIFTH
REPORT....

**TO: THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that plaintiff United States Small Business Administration in its capacity as the duly appointed and acting Receiver for GKM SBIC, L.P. ("Plaintiff" or "Receiver") hereby withdraws its "*Motion for Entry of an Order Approving and Confirming the Fifth Receiver's Report and Memorandum In Support Thereof*," erroneously filed in Case No. 3:10-cv-04425 JSW on December 2, 2013, at Docket No. 170, as it has been correctly re-filed in Case No. 3:08-cv-02240-JSW on December 3, 2013, at Docket No. 73.

Dated: December 3, 2013      SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ *Melissa S. Lor*
      T. Scott Tate
      Melissa S. Lor
      Attorneys for Plaintiff, the United States
      Small Business Administration in its
      capacity as Receiver for Rocket Ventures
      II SBIC, L.P.

Dated: December 3, 2013      U.S. SMALL BUSINESS ADMINISTRATION

By: /s/ *Arlene M. Embrey*
      Arlene M. Embrey
      Office of General Counsel
      Attorneys for Plaintiff,
      United States Small Business
      Administration in its capacity as Receiver
      for Rocket Ventures II SBIC, L.P.

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700

1
NOTICE OF WITHDRAWAL OF MOTION FOR ORDER APPROVING AND CONFIRMING FIFTH REPORT....

PHDATA 4769325_1

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700

**CERTIFICATE OF SERVICE**

I, Wendy E. Reinig, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made.  I am a resident of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is SCHNADER HARRISON SEGAL & LEWIS LLP, One Montgomery Street, Suite 2200, San Francisco, California 94104-5501.

I caused to be served the following document(s):

- NOTICE OF WITHDRAWAL OF  MOTION FOR ENTRY OF AN ORDER APPROVING AND CONFIRMING THE FIFTH RECEIVER'S REPORT AND MEMORANDUM IN SUPPORT THEREOF

I caused the above document to be served on each person on the Service List attached by the following means:

By United States mail.  I enclosed a true and correct copy of said document in a sealed envelope or package addressed to the persons listed on the attached Service List and placed it for collection and mailing with the United States Postal Service on December 3, 2013, following our ordinary business practice, to wit, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  SEE SERVICE LIST ATTACHED. *(Indicated on the attached address list by an* [M] *next to the address.)*

☑   By ECF:  I caused a true and correct copy of the foregoing documents to be served on the parties listed below through the court's ECF system. (*Indicated on the attached address list by an* [E] *next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on December 3, 2013, at San Francisco, California.


/s/      *Wendy E. Reinig*_____
Wendy E. Reinig

SERVICE LIST

| | |
|---|---|
| [E]   **Rocket Ventures II, L.P., a California limited partnership** | [E]   **Rocket Ventures II CEO Fund, L.P., a California limited partnership** |
| c/o Designated Agent Rocket Ventures II, L.P. and/or Rocket Management II, LLC | c/o Designated Agent Rocket Ventures II, L.P. and/or Rocket Management II, LLC |
| c/o Gordon C. Atkinson | c/o Gordon C. Atkinson |
| 101 California Street | 101 California Street |
| 5th Floor | 5th Floor |
| San Francisco, CA  94111-5800 | San Francisco, CA  94111-5800 |

NOTICE OF WITHDRAWAL OF MOTION FOR ORDER APPROVING AND CONFIRMING FIFTH REPORT....

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700

**[E]   Rocket Ventures SBIC Partners, LLC, a Delaware limited liability company**
c/o Designated Agent Rocket Ventures II, L.P. and/or Rocket Management II, LLC
c/o Gordon C. Atkinson
101 California Street
5th Floor
San Francisco, CA  94111-5800

**[E]   Tyna Development**
c/o Designated Agent Rocket Ventures II, L.P. and/or Rocket Management II, LLC
c/o Gordon C. Atkinson
101 California Street, 5th Floor
San Francisco, CA  94111-5800

**[E]   Alistair Anderson Donald**
c/o Designated Agent Rocket Ventures II, L.P. and/or Rocket Management II, LLC
c/o Gordon C. Atkinson
101 California Street, 5th Floor
San Francisco, CA  94111-5800

**[E]   Christopher Stainton**
c/o Designated Agent Rocket Ventures II, L.P. and/or Rocket Management II, LLC
c/o Gordon C. Atkinson
101 California Street, 5th Floor
San Francisco, CA  94111-5800

**[E]   Alberto Gandini**
c/o Designated Agent Rocket Ventures II, L.P. and/or Rocket Management II, LLC
c/o Gordon C. Atkinson
101 California Street
5th Floor
San Francisco, CA  94111-5800

c/o Neal L. Wolf
Neal Wolf & Associates, LLC
101 California Street, Suite 2710
San Francisco, CA 94111
Fax: 312-228-4988
Email: nwolf@nealwolflaw.com

**[E]   Fred Cucchi**
c/o Designated Agent Rocket Ventures II, L.P. and/or Rocket Management II, LLC
c/o Gordon C. Atkinson
101 California Street
5th Floor
San Francisco, CA  94111-5800

c/o Neal L. Wolf
Neal Wolf & Associates, LLC
101 California Street, Suite 2710
San Francisco, CA 94111
Fax: 312-228-4988
Email: nwolf@nealwolflaw.com

**[E]   Hahei Limited**
c/o Designated Agent Rocket Ventures II, L.P. and/or Rocket Management II, LLC
c/o Gordon C. Atkinson
101 California Street,
5th Floor
San Francisco, CA  94111-5800

**[E]   Luca Casiraghi**
c/o Designated Agent Rocket Ventures II, L.P. and/or Rocket Management II, LLC
c/o Gordon C. Atkinson
101 California Street
5th Floor
San Francisco, CA  94111-5800

**[E]   David Mather**
c/o Designated Agent Rocket Ventures II, L.P. and/or Rocket Management II, LLC
c/o Gordon C. Atkinson
101 California Street
5th Floor
San Francisco, CA  94111-5800

**[E]   Rijete Pty. Ltd.**
c/o Designated Agent Rocket Ventures II, L.P. and/or Rocket Management II, LLC
c/o Gordon C. Atkinson
101 California Street, 5th Floor
San Francisco, CA  94111-5800

NOTICE OF WITHDRAWAL OF MOTION FOR ORDER APPROVING AND CONFIRMING FIFTH REPORT....

PHDATA 4769325_1

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[E]   **ValorLife**
c/o Designated Agent Rocket Ventures
II, L.P. and/or Rocket Management II,
LLC
c/o Gordon C. Atkinson
101 California Street
5th Floor
San Francisco, CA  94111-5800

c/o Neal L. Wolf
Neal Wolf & Associates, LLC
101 California Street, Suite 2710
San Francisco, CA 94111
Fax: 312-228-4988
Email: nwolf@nealwolflaw.com

[E]   **Michel Roujansky**
c/o Neal L. Wolf
Neal Wolf & Associates, LLC
101 California Street, Suite 2710
San Francisco, CA 94111
Fax: 312-228-4988
Email: nwolf@nealwolflaw.com

NOTICE OF WITHDRAWAL OF MOTION FOR ORDER APPROVING AND CONFIRMING FIFTH
REPORT....

PHDATA 4769325_1