1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   US SMALL BUSINESS ADMIN,

10           Plaintiff,                              No. C 10-04425 JSW

11   v.

12   ROCKET VENTURES II, *et al.*                   **ORDER CONTINUING**
                                                     **PRETRIAL CONFERENCE AND**
13           Defendants.                            **TRIAL DATES**

14   _____/

15          This matter is currently scheduled for a pretrial conference on May 12, 2014.  Pursuant

16   to the Court's Standing Order setting forth the Guidelines for Trial and Final Pretrial

17   Conference, the parties pretrial conference filings were due to be filed by April 28, 2014.  The

18   parties missed this filing deadline without seeking leave of Court.  The parties are admonished

19   that any further violations of the Court's orders will be sanctioned.

20          The Court HEREBY CONTINUES the pretrial conference and trial to June 23, 2014 and

21   July 21, 2014, respectively.  The parties shall file the required pretrial filings by no later than

22   June 9, 2014.

23          **IT IS SO ORDERED.**

24

25   Dated: April 29, 2013                          _____
                                                     JEFFREY S. WHITE
26                                                   UNITED STATES DISTRICT JUDGE

27

28

United States District Court

For the Northern District of California