T. Scott Tate (Bar No. 118427)
Gregory C. Nuti (Bar No. 151754)
Melissa S. Lor (Bar No. 245515)
 SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
E-mail:state@schnader.com
E-mail:gnuti@schnader.com
E-mail:mlor@schnader.com
Telephone: 415-364-6700
Facsimile: 415-364-6785

Arlene M. Embrey (Fl Bar No. 125539)
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W.
Washington, D.C. 20416
Email: arlene.embrey@sba.gov
Telephone (202) 205-6976
Facsimile (202) 481- 0324

Attorneys for Plaintiff United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>Rocket Ventures II, L.P., a California limited partnership, et al.<br><br>Defendants. | Case No.: CV-10-4425<br><br>**STIPULATED REQUEST TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATES; AND ~~PROPOSED~~ ORDER THEREON** |

Plaintiff United States Small Business Administration in its capacity as Receiver for Rocket Ventures II, L.P. ("Plaintiff") and the entity defendants, Rocket Ventures II L.P., Rocket Ventures II CEO Fund, L.P., and Rocket Ventures SBIC Partners, LLC (collectively, the "Class

A Partners" and together with the Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree, subject to Court approval, as follows:

1. The pretrial conference and trial date in this case are currently scheduled for June 23, 2014 and July 21, 2014, respectively. The Court ordered that parties shall file the required pretrial filings by no later than June 9, 2014. *See* Doc. No. 180.

2. By stipulations amongst the Parties [Doc. Nos. 27, 32, 163], the Court has previously continued the pretrial conference and trial date in this case due to pending appointment of an ADR evaluator, the addition of further defendants following amendment of the complaint, and unforeseen circumstances requiring continuance. *See* Doc. Nos. 28, 33, 164. Throughout this time, the Parties have continued to engage in settlement discussions.

3. Following extensive negotiations to resolve the Plaintiff's claims against the Class A Partners, the Parties have reached a settlement and are currently documenting the agreement (the "Settlement Agreement"). The Parties expect that the Settlement Agreement will be finalized and executed shortly (likely within the next 14 days), and, pursuant to the terms of the Settlement Agreement, the Receiver shall thereafter dismiss the Class A Partners from the above-entitled action accordingly.

4. In light of the Parties' settlement, the Parties request a continuance of the current pretrial conference and trial dates, as well as the related deadline for pretrial filings, to conserve Court and Party resources and to allow the Parties to expend their efforts on finalizing the Settlement Agreement. The Parties believe that a continuance of 45 days will allow them to finalize and execute the Settlement Agreement and have the Class A Partners dismissed.

5. The declaration of Melissa S. Lor in support of the Stipulation has been concurrently filed herewith.

//
//
//

Stipulated Request to Continue Pretrial Conference and Trial Dates 4938526_2

1  THEREFORE, it is hereby stipulated by and between the Parties, subject to approval by
2  the Court, as follows:
3  (1) the pretrial conference, currently set for June 23, 2014, shall be continued ~~for 45 days~~ to August 4, 2014;
4  (2) the deadline for pretrial filings, currently set for June 9, 2014, shall be continued ~~for 45 days;~~ to July 21, 2014 and
6  (2) the bench trial, currently set for July 21, 2014, shall be continued ~~for 45 days~~ to August 25, 2014.

Dated: June 5, 2014

SCHNADER HARRISON SEGAL & LEWIS LLP

By: */s/ Melissa S. Lor*
T. Scott Tate
Melissa S. Lor
Attorneys for Plaintiff
United States Small Business
Administration in Its Capacity as Receiver
for Rocket Ventures II SBIC, L.P.

Dated: June 5, 2014         COOLEY LLP

By: */s/ Matthew D. Brown*
Gordon C. Atkinson
Matthew D. Brown
Abigail E. Pringle
Counsel for Rocket Ventures SBIC Partners,
LLC; Rocket Ventures II CEO Fund, L.P.;
and Rocket Ventures II, L.P.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: June 6, 2014

*Jeffrey S. White*
Honorable Judge Jeffrey S. White
United States District Court Judge