COOLEY LLP
GORDON C. ATKINSON (122401) (atkinsongc@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
ABIGAIL E. PRINGLE (272548) (apringle@cooley.com)
101 California Street
5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
Rocket Ventures SBIC Partners, LLC; Rocket Ventures II CEO Fund, L.P.; and Rocket Ventures II, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States Small Business Administration in its capacity as Receiver for Rocket Ventures II SBIC, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>Rocket Ventures II, L.P., a California limited partnership, et al.<br><br>Defendants. | Case No. CV-10-4425<br><br>**STIPULATED REQUEST TO VACATE OR CONTINUE PRETRIAL CONFERENCE AND TRIAL DATES; ~~PROPOSED~~ ORDER THEREON** |

Plaintiff United States Small Business Administration in its capacity as Receiver for Rocket Ventures II, L.P. ("Plaintiff") and the entity defendants, Rocket Ventures II L.P., Rocket Ventures II CEO Fund, L.P., and Rocket Ventures SBIC Partners, LLC (collectively, the "Class A Partners" and together with the Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree, subject to Court approval, as follows:

1. The pretrial conference and trial date in this case are currently scheduled for August 4, 2014 and August 25, 2014, respectively. The Court ordered that parties shall file the required pretrial filings by no later than July 21, 2014. *See* Dkt. No. 182.

2. The Parties have reached a settlement agreement, which has been executed by all parties. Pursuant to that settlement agreement, the Parties filed a Stipulation for Entry of Judgment, along with a Proposed Judgment, on July 17, 2014. *See* Dkt. No. 183.

3. The Parties' agreement provides that within five business days after entry of an order by the Court approving the Stipulation of Judgment, the Receiver shall dismiss all claims against the Class A Partners, with prejudice, from the instant action.

4. In light of the Parties' settlement, the Parties request that the Court vacate the current pretrial conference and trial dates, as well as the related deadline for pretrial filings, as the settlement obviates the need for these proceedings. Alternatively, the Parties request a continuance of 30 days for each of the aforementioned deadlines. Such a continuance provides time for the Court to review and consider the Parties' stipulation and to finalize the dismissal of the Class A Partners.

THEREFORE, the Parties hereby respectfully make this stipulated request that the Court enter an order as follows:

(1) The deadline for pretrial filings, currently set for July 21, 2014; the pretrial conference, currently set for August 4, 2014; and the bench trial, currently set for August 25, 2014, are vacated.

(2) In the alternative, the aforementioned deadlines are continued for 30 days, as follows:

(a) the deadline for pretrial filings, currently set for July 21, 2014, shall be continued to August 20, 2014;

(b) the pretrial conference, currently set for August 4, 2014, shall be continued to September 3, 2014; and

(c) the bench trial, currently set for August 25, 2014, shall be continued to September 24, 2014.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

108978394

2.

STIPULATION

Dated: July 18, 2014                      COOLEY LLP


By: /s/ *Abigail E. Pringle*
    Gordon C. Atkinson
    Matthew D. Brown
    Abigail E. Pringle
    Counsel for Rocket Ventures SBIC Partners, LLC;
    Rocket Ventures II CEO Fund, L.P.; and Rocket
    Ventures II, L.P.


Dated: July 18, 2014                      SCHNADER HARRISON SEGAL & LEWIS LLP


By: /s/ *Melissa S. Lor*
    T. Scott Tate
    Melissa S. Lor
    Attorneys for Plaintiff
    United States Small Business
    Administration in Its Capacity as Receiver
    for Rocket Ventures II SBIC, L.P.


### [PROPOSED] ORDER

Pursuant to the Parties' Stipulation, the Court enters this order as follows:

The deadline for pretrial filings, currently set for July 21, 2014; the pretrial conference, currently set for August 4, 2014; and the bench trial, currently set for August 25, 2014, are hereby vacated.

Dated: July 18, 2014

Honorable Judge Jeffrey S. White
United States District Court Judge