IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES SMALL BUSINESS ADMINISTRATION,

    Plaintiff,

v.

ALISTAIR ANDERSON DONALD, et al.,

    Defendants.

No. C 10-04425 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT**

This matter comes before the Court upon consideration of the Report and Recommendation ("Report") prepared by Magistrate Judge Spero (ECF No. 208), in which he recommends that the Court grant Plaintiff's motions for default judgment (ECF Nos. 187-189, 191-197), and enter judgment against all defaulting Defendants.

The deadline for filing objections to the Report has passed, and no objections have been filed. The Court has considered the Report, relevant legal authority, and the record in this case. The Court finds the Report thorough and well-reasoned and adopts it in every respect. Accordingly, the Court GRANTS Plaintiff's motions for default judgment. Separate judgments shall issue.

**IT IS SO ORDERED.**

Dated: February 24, 2015

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE